UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM KENZO,<br><br>    Defendant. | CASE NO. 2:23-cv-01208-JHC<br><br>BAR ORDER |

This matter comes before the Court on its August 31, 2023, Notice of Intent to Enter Bar Order Against Vexatious Litigant and Order to Show Cause. Dkt. # 9. Plaintiff Cortez Jones has not filed any response to the show cause order, which response was due by September 21, 2023. *Id.* Accordingly, the Court ORDERS as follows:

1) The Clerk will initially file all Jones's future *pro se* complaints and motions for *in forma pauperis* in a miscellaneous case number specifically designated for this purpose pending the Court's review of each such complaint and motion.[1]

---

[1] If Plaintiff is represented by counsel, then any complaint he files as a represented party may receive a civil number immediately without the need of first filing it under the specially designated miscellaneous case number.

BAR ORDER - 1

2) The Clerk will not issue summonses in any *pro se* action filed by Jones without approval of the Court.

3) The Court may dismiss any future *pro se* complaint and motions for *in forma pauperis* status upon a finding that the complaint suffers from the same defects outlined at Dkt. # 9, without issuing an order to show cause.

Dated this 25th day of September, 2023.

*John H. Chun*
John H. Chun
United States District Judge

BAR ORDER - 2